PETER C. BROWN, ESQ.
Nevada State Bar No.5887
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
pbrown@bremerwhyte.com
jchristensen@bremerwhyte.com
Attorneys for Defendant,
JAMES ALBERTO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RYAN CARSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES ALBERTO; DOES 1 through 10, inclusive and ROE CORPORATIONS 11 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 2:16-CV-00138-GMN-PAL<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff RYAN CARSON, by and through his counsel of record, John Greene, Esq. of GOLIGHTLY & VANNAH, PLLC, and Defendant E JAMES ALBERTO, by and through his counsel of record, Peter C. Brown, Esq., and Troy A. Clark, Esq. of the law firm BREMER WHYTE BROWN & O'MEARA, LLP., and hereby stipulate as follows:

///
///
///
///
///
///
///

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

H:\1183\760\CF\Settlement\Stip 001 - Dismissal.docx

1  That this matter is to be dismissed with Prejudice. Each party is to bear their own costs and attorney's fees.

The parties represent this Stipulation is entered into in good faith and not for the purposes of undue delay.

*[signature]*
GOLIGTLY & VANNAH, PLLC
JOHN B. GREEN, ESQ.
Nevada State Bar No. 4279
ROBERT VANNAH, ESQ.
Nevada State Bar No.002503
400 S. Seventh Street, 4th Floor
Las Vegas, Nevada 89101

*[signature]*
BREMER WHYTE BROWN & O'MEARA
PETER C. BROWN, ESQ.
Nevada State Bar No. 5887
TROY A. CLARK, ESQ.
Nevada State Bar No.11361
1160 N. Town Center Dr., Ste 250
Las Vegas, Nevada 89144

**IT IS SO ORDERED:**

Dated this _7_ day of November, 2016.

*[signature]*
Gloria M. Navarro, Chief Judge
United States District Judge

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

H:\1183\760\CF\Settlement\Stip 001 - Dismissal.docx